IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REIDENBACH & ASSOCIATES, LLC,**<br><br>Plaintiff,<br><br>*v.*<br><br>**EILEEN BROWN**,<br><br>Defendant,<br><br>*v.*<br><br>**SCOTT REIDENBACH**, et al.,<br><br>Third Party Defendants. | **CIVIL ACTION**<br><br>**NO. 20-1822-KSM** |

## ORDER

**AND NOW**, this 1st day of May, 2020, upon consideration of the plaintiff's Emergency Petition for Preliminary Injunctive Relief and Request for Injunction Pursuant to Pa. R.C.P. 1531 (Doc. No. 1-1 at p. 37[1]), the defendant's Brief in Opposition to Plaintiff's Petition for Preliminary Injunction (Doc. No. 10), and the arguments from both parties at an evidentiary hearing on April 27, 2020 (*See* Doc. No. 11), it is **ORDERED** as follows:

1. The plaintiff's request for preliminary injunctive relief (Doc. No. 1-1 at p. 37) is **DENIED**; and

---

[1] The plaintiff filed its petition for preliminary and permanent injunctive relief in the Pennsylvania Court of Common Pleas the day before the defendant removed the case to this Court.

2. The plaintiff's request for permanent injunctive relief (Doc. No. 1-1 at p. 37) is **DENIED AS MOOT** in light of the Court's ruling on the request for preliminary injunctive relief.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.